JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOHN RULEY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:21-cv-01521-JGB (SHKx) <br><br> **ORDER TO DISMISS CASE WITH PREJUDICE** <br><br> Judge:   Hon. Jesus G. Bernal <br> Ctrm.:   1 <br><br> Complaint Filed:   May 19, 2021 |

1      Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on
2  August 8, 2022, and for good cause shown, this case is DISMISSED in its entirety WITH
3  PREJUDICE.  Each party shall bear its own fees and costs.

6  DATED: __August 8, 2022__          _____
7                                               Honorable Jesus G. Bernal
                                             UNITED STATES DISTRICT JUDGE